**Coy Ray PHELPS, Plaintiff—Appellant,**

v.

**Angela Walden WEAVER; Charles Griffin; Charlene Harris; Robert Lucking, Dr.; Arthur Beeler; Bruce Capehart, Dr., Defendants—Appellees.**

No. 04–7741.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 7, 2005.

Coy Ray Phelps, Appellant pro se.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Coy Ray Phelps appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. Our review of the record and the district court's order adopting the recommendation of the magistrate judge discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Phelps v. Weaver, No. CA–04–439–1, 2004 WL 2597799 (M.D.N.C. Oct. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*